# United States Court of Appeals
## For the First Circuit

No. 23-1948

UNITED STATES OF AMERICA,

Appellee,

v.

ADIANGEL PAREDES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 24, 2025, is amended as follows:

On page 9, line 24, change "Corrections" to "Correction"